# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Chad Michael Kulow | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Lathan Sidebottom | **INTERPRETER:** |
| Telephone No.: (208) 541-1037 | If YES, language: |
| **AGENCY:** U.S. Fish & Wildlife | |
| **CASE INFORMATION:** | **RELATED COMPLAINT:** No <br> **CASE NUMBER:** CR-24-00200E-BLW |

U.S. COURTS
AUG 27 2024
Rcvd_____ Filed CK Time 1:25 pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | |
|---|---|---|
| Felony: | Yes | County of Offense: **Bear Lake** |
| Class A Misdemeanor: | No | Estimated Trial Time: **4 days** |
| Class B or C Misdemeanor: (Petty Offense) | No | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 371 | ONE | Conspiracy | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | TWO | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | THREE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | FOUR | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |

| | | | |
|---|---|---|---|
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | FIVE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | SIX | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | SEVEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | EIGHT | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | NINE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | TEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | TWELVE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | THIRTEEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3374(a)(2) and 28 U.S.C. 2461(c) | | Forfeiture | |

Date: 27 August 2024

Assistant U.S. Attorney: JUSTIN K. PASKETT
Telephone No.: (208) 478-4166

CR-24-00200E-BLW