# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Andrea May Major** | JUVENILE: No |
| DEFENSE ATTORNEY: | |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Lathan Sidebottom | INTERPRETER: |
| Telephone No.: (208) 541-1037 | If YES, language: |
| AGENCY: U.S. Fish & Wildlife | |
| CASE INFORMATION: | RELATED COMPLAINT: No |
| | CASE NUMBER: **CR-24-00200E-BLW** |

*U.S. COURTS — AUG 27 2024 — Rcvd____ Filed CK Time 1:25pm — STEPHEN W. KENYON, CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Bear Lake |
| Class A Misdemeanor: | No | Estimated Trial Time: | 4 days |
| Class B or C Misdemeanor (Petty Offense): | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 371 | ONE | Conspiracy | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | SIX | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | SEVEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(1), 3373 (d)(1)(B) and 18 U.S.C. § 2 | NINE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |

| | | | |
|---|---|---|---|
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | TEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | TWELVE | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3372(a)(2)(a), 3373 (d)(1)(B) and 18 U.S.C. § 2 | THIRTEEN | Lacey Act Violation | Up to 5 years imprisonment, maximum of $250,000 fine, up to 3 years of supervised release and $100 special assessment |
| 16 U.S.C. §§ 3374(a)(2) and 28 U.S.C. 2461(c) | | Forfeiture | |

Date:   27 August 2024

Assistant U.S. Attorney:   JUSTIN K. PASKETT
Telephone No.:   (208) 478-4166

CR-24-00200E-BLW